*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA HERMOSILLO, | CASE NO.: CV 11-8853-GW(JCGx) |
| *Plaintiff,* | **ORDER DISMISSING PETITION WITHOUT PREJUDICE** |
| vs. | |
| TIMOTHY S. ROBBINS, et al., | |
| *Defendants.* | |

Pursuant to the stipulation of the parties IT IS HEREBY ORDERED THAT:

1. Petitioner's petition should be dismissed without prejudice; and
2. Each party will bear its own costs, fees and expenses.

IT IS SO ORDERED.

DATED: November 28, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1